| | |
|---|---|
| **Fill in this information to identify your case:** | |
| United States Bankruptcy Court for the: DISTRICT OF ARIZONA | |
| Case number *(if known)* _____ Chapter __11__ | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Sunshine Pediatrics, PC | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 86-0909732 | |
| 4. | **Debtor's address** | **Principal place of business** 5040 N. 15th Avenue S104 Phoenix, AZ 85015 Number, Street, City, State & ZIP Code  Maricopa County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

| Debtor | Sunshine Pediatrics, PC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

7. **Describe debtor's business**

   A. *Check one:*
   - ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __6211__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check all that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☒ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   | District | _____ | When | _____ | Case number | _____ |
   |---|---|---|---|---|---|
   | District | _____ | When | _____ | Case number | _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor | _____ | Relationship | _____ |
    |---|---|---|---|
    | District | _____ | When _____ Case number, if known | _____ |

11. **Why is the case filed in *this district*?**

    *Check all that apply:*
    - ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| Debtor | Sunshine Pediatrics, PC | Case number (*if known*) |
|---|---|---|
| | Name | |

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

Where is the property? _____
    Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☐ Yes.   Insurance agency _____
    Contact name _____
    Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49      ☐ 1,000-5,000      ☐ 25,001-50,000
☐ 50-99      ☐ 5001-10,000      ☐ 50,001-100,000
☐ 100-199      ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000      ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☒ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000      ☒ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | Sunshine Pediatrics, PC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 6, 2025
               MM / DD / YYYY

X  /s/  Maritza Irizarry                         Maritza Irizarry
Signature of authorized representative of debtor    Printed name

                                                 sunpedaz@aol.com
                                                 Email Address of debtor

Title   Owner/President

**18. Signature of attorney**

X  /s/ Lawrence D. Hirsch                        Date   March 6, 2025
Signature of attorney for debtor                        MM / DD / YYYY

Lawrence D. Hirsch
Printed name

Parker Schwartz, PLLC
Firm name

7310 N 16th Street
Suite 300
Phoenix, AZ 85020
Number, Street, City, State & ZIP Code

Contact phone  (602) 282-0477    Email address  lhirsch@psazlaw.com

004982 AZ
Bar number and State

# United States Bankruptcy Court
## District of Arizona

In re   Sunshine Pediatrics, PC                                         Case No. _____

                                    Debtor(s)                     Chapter   11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

      I, Maritza Irizarry, declare under penalty of perjury that I am the Owner/President of Sunshine Pediatrics, PC, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 2 day of 2, 2025.

      "Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11, Subchapter V of Title 11 of the United States Code;

      Be It Therefore Resolved, that Maritza Irizarry, Owner of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11, Subchapter V voluntary bankruptcy case on behalf of the corporation; and

      Be It Further Resolved, that Maritza Irizarry, Owner of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

      Be It Further Resolved, that , Maritza Irizarry, Owner of this Corporation is authorized and directed to employ Lawrence D. Hirsch, attorney and the law firm of Parker Schwartz, PLLC to represent the corporation in such bankruptcy case."

Date   03-05-2025                                 Signed *(signature)*
                                                                    Maritza Irizarry

Resolution of Board of Directors
of
Sunshine Pediatrics, PC

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11, Subchapter V of Title 11 of the United States Code;

Be It Therefore Resolved, that Maritza Irizarry, _____Owner_____ of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11, Subchapter V voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Maritza Irizarry, _____Owner_____ of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Maritza Irizarry, _____Owner_____ of this Corporation is authorized and directed to employ Lawrence D. Hirsch, attorney and the law firm of Parker Schwartz, PLLC to represent the corporation in such bankruptcy case.

Date  03-05-2025                              Signed  /s/ Maritza Irizarry, MD

Date  _____                      Signed  _____

Fill in this information to identify the case:

Debtor name: Sunshine Pediatrics, PC
United States Bankruptcy Court for the: DISTRICT OF ARIZONA
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Arizona Department of Revenue<br>1600 W. Monroe Street<br>Phoenix, AZ 85007 | | | | | | $0.00 |
| Golden Phoenix Investment<br>c/o 1st Commercial Realty Group, Inc.<br>2009 Porterfield Way, Suite P<br>Upland, CA 91786 | | | | | | $0.00 |
| Internal Revenue Service<br>3651 South Interstate 35<br>Frontage Road Interregional Hwy<br>Austin, TX 78741 | | | | | | $0.00 |
| Phoenix Metro LLC<br>c/o Helix Properties<br>3335 E. Indian School Road<br>Phoenix, AZ 85018 | | | | | | $78,000.00 |
| Santander Consumer<br>PO Box 660633<br>Dallas, TX 75266-0633 | | | | | | $0.00 |
| WV 23 Jumpstart, LLC<br>4629 Cass Street, Suite 380<br>San Diego, CA 92109 | | | | | | $915,000.00 |

```
Arizona Department of Revenue
1600 W. Monroe Street
Phoenix, AZ 85007


CT Corporation
3800 N. Central Avenue, Suite 460
Phoenix, AZ 85012


Golden Phoenix Investment
c/o 1st Commercial Realty Group, Inc.
2009 Porterfield Way, Suite P
Upland, CA 91786


Internal Revenue Service
3651 South Interstate 35
Frontage Road Interregional Hwy
Austin, TX 78741


Jaburg & Wilk, P.C.
c/o Corrine R. Viola
1850 N. Central Avenue, Suite 1200
Phoenix, AZ 85004


Jaburg & Wilk, P.C.
c/o Corinne R. Viola
1850 N. Central Avenue, Suite 1200
Phoenix, AZ 85004


Maritza Irizarry
4306 E. Mossman Drive
Phoenix, AZ 85050


Phoenix Metro LLC
c/o Helix Properties
3335 E. Indian School Road
Phoenix, AZ 85018


Piel Nueva, LLC
c/o Maritza Irizarry, MD
5040 N. 15th Avenue S104
Phoenix, AZ 85015


Santander Consumer
PO Box 660633
Dallas, TX 75266-0633


WV 23 Jumpstart, LLC
4629 Cass Street, Suite 380
San Diego, CA 92109
```

In re   Sunshine Pediatrics, PC   Case No.
                      Debtor(s)    Chapter   11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Sunshine Pediatrics, PC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

March 6, 2025                             /s/ Lawrence D. Hirsch
Date                                      Lawrence D. Hirsch
                                          Signature of Attorney or Litigant
                                          Counsel for   Sunshine Pediatrics, PC
                                          Parker Schwartz, PLLC
                                          7310 N 16th Street
                                          Suite 300
                                          Phoenix, AZ 85020
                                          (602) 282-0477  Fax:(602) 282-0478
                                          lhirsch@psazlaw.com